# **EXHIBIT A**

**20H83CV00275CI McCrensky, Rebecca v. Flanders, Katherine**

- Case Type:
- Housing Court Civil
- Case Status:
- Active
- File Date
- 11/10/2020
- DCM Track:
- Civil "F" Fast Track
- Initiating Action:
- Civil Complaint
- Status Date:
- 11/10/2020
- Case Judge:
- 
- Next Event:
- 

**Property Address**

77 Sparks Avenue
Nantucket MA 02554

| All Information | Party | Judgment | Event | Docket | Disposition |

**Party Information**

**McCrensky, Rebecca**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Margeson, Esq., Jenny
- Bar Code
- 679611
- Address
- The Law Office of Jenny L. Margeson, Esq.
- 434 Route 134 Suite A2
- South Dennis, MA  02660
- Phone Number
- (508)237-7840

**More Party Information**

**Flanders, Katherine**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

**More Party Information**

**Judgments**

| Date | Type | Method | For | Against |
|------|------|--------|-----|---------|
| 03/25/2022 | Final Judgment | Finding | McCrensky, Rebecca | Flanders, Katherine |

## Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 01/13/2021 02:00 PM | Fall River Session | Southeast Housing Court - Fall River | Southeast Housing Court - Fall River | Case Management Conference | Continued |
| 02/17/2021 02:00 PM | New Bedford Session | Southeast Housing Court - New Bedford | Southeast Housing - New Bedford | Case Management Conference | Held |
| 08/25/2021 09:00 AM | New Bedford Session | Southeast Housing Court - New Bedford | Southeast Housing - New Bedford | Motion Hearing | Allowed |
| 09/22/2021 09:00 AM | New Bedford Session | Southeast Housing Court - New Bedford | Southeast Housing - New Bedford | Motion Hearing | Allowed |
| 11/10/2021 11:00 AM | Barnstable Session | Southeast Housing Court - Barnstable | Southeast Housing Court - Barnstable | Pretrial Conference | Continued |
| 11/23/2021 02:00 PM | New Bedford Session | Southeast Housing Court - New Bedford | Southeast Housing - New Bedford | Review | Held |
| 11/30/2021 02:00 PM | Fall River Session | Southeast Housing Court - Fall River | Southeast Housing Court - Fall River | Pretrial Conference | Held |
| 02/07/2022 02:00 PM | New Bedford Session | Southeast Housing Court - New Bedford | Southeast Housing - New Bedford | Assessment of Damages | Held |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/10/2020 | Attorney Appearance<br>On this date 11/10/2020 Margeson, Esq., Jenny added for McCrensky, Rebecca | | |
| 11/10/2020 | Attorney Appearance<br>On this date 11/10/2020 Pro Se added for Flanders, Katherine | | |
| 11/10/2020 | Civil Complaint filed | | Image |
| 11/10/2020 | Civil Filing Fee due. Receipt: 100186 Date: 11/10/2020 | | |
| 11/10/2020 | SURCHARGE 185C:Entry of Action filed (Section 466 - M.G.L. c. 185C, §19)  SURCHARGE Receipt: 100186 Date: 11/10/2020 | | |
| 11/10/2020 | Blank Summons MGL 262 section 4b Receipt: 100187 Date: 11/10/2020 | | |
| 11/10/2020 | Jury claim of Rebecca McCrensky | | |
| 11/16/2020 | Tracking Order, Track F<br>DCM Track Civil "F" Fast Track was added on 11/16/2020 | | |
| 11/19/2020 | Scheduled<br>Event: Case Management Conference<br>Date: 01/13/2021  Time: 02:00 PM<br>Result: Continued | | |
| 11/19/2020 | The following court event has been scheduled: 01/13/2021 02:00 PM Case Management Conference.<br>The event will be held via video conference.<br>The virtual conference information is Mtg ID: 161 629 4807 Pwd:465305 Tel# 646-828-7666<br>The Lawyer for the Day program can be reached at not available.<br>The TPP can be reached at 508-944-9502.<br>The Court Service Center can be reached at not available.<br>Notice of Virtual Hearing sent. | | |
| 11/19/2020 | The following form was generated:<br>A Notice of Virtual Court Hearing was generated and sent to:<br>Plaintiff, Attorney:  Jenny Margeson, Esq. The Law Office of Jenny L. Margeson, Esq. 434 Route 134 Suite A2, South Dennis, MA 02660<br>Defendant:  Katherine Flanders P.O. Box 1065, Pepperell, MA 01463 | | |
| 11/19/2020 | Scheduled<br>Event: Pretrial Conference<br>Date: 11/10/2021  Time: 11:00 AM<br>Result: Continued | | |
| 11/19/2020 | Notice of case management hearing with virtual notice and notice of pre trial conference mailed to plaintiff with tracking order "F" and blank civil summons and time standards | | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/12/2021 | Return of service completed | 2 | Image |
| 01/13/2021 | Event Resulted:  Case Management Conference scheduled on:<br>              01/13/2021 02:00 PM<br>Has been: Continued        For the following reason: Court Action<br>Comments: After hearing with parties present for case management status conference CC: 2/17/21 @ 2pm License 8 for further case management - no further notice required<br>Hon. Joseph Michaud, Presiding | | |
| 01/13/2021 | Scheduled<br>Event: Case Management Conference<br>Date: 02/17/2021  Time: 02:00 PM<br>Result: Held | | |
| 02/17/2021 | Attorney Appearance<br>On this date Pro Se dismissed/withdrawn for Defendant Katherine Flanders | | |
| 02/17/2021 | Attorney Appearance<br>On this date Scott Adams, Esq. added for Defendant Katherine Flanders | 3 | |
| 02/17/2021 | Answer and Counterclaim of Katherine Flanders filed. | 4 | Image |
| 02/17/2021 | Event Resulted:  Case Management Conference scheduled on:<br>              02/17/2021 02:00 PM<br>Has been: Held<br>Comments: After hearing with Parties present for Case Management Conference, per Salvidio, FJ, tracking order remains in effect<br>Hon. Donna Salvidio, Presiding | | |
| 03/29/2021 | Answer of Rebecca McCrensky<br>to Counterclaim | 5 | Image |
| 08/16/2021 | Motion by Rebecca McCrensky to compel discovery | 6 | Image |
| 08/16/2021 | Plaintiff Discovery Requests | 7 | Image |
| 08/16/2021 | Scheduled<br>Event: Motion Hearing<br>Date: 08/25/2021  Time: 09:00 AM<br>Result: Allowed | | |
| 08/16/2021 | The following court event has been scheduled: 08/25/2021 09:00 AM Motion Hearing. The event will be held via video conference and the conference information is Mtg ID: 161 175 3712 Pwd:524888 Tel# 646-828-7666. | | |
| 08/24/2021 | Motion to withdraw as counsel filed. | 8 | Image |
| 08/25/2021 | Correspondence received from defendant | 9 | Image |
| 08/25/2021 | Event Resulted:  Motion Hearing scheduled on:<br>              08/25/2021 09:00 AM<br>Has been: Allowed<br>Hon. Joseph Michaud, Presiding | | |
| 08/25/2021 | After hearing with counsel for plaintiff and counsel for defendant only; per Michaud, Justice; attorney Scott Adams' motion to withdraw as counsel for defendant: allowed; case continued 9/22/21 @ 9AM - motion for final judgment/compel production hearing; on zoom license #8; clerk to notify defendant of same; plaintiff to also notify defendant | | |
| 08/25/2021 | Scheduled<br>Event: Motion Hearing<br>Date: 09/22/2021  Time: 09:00 AM<br>Result: Allowed | | |
| 08/25/2021 | Attorney Appearance<br>On this date Scott Adams, Esq. dismissed/withdrawn for Defendant Katherine Flanders | | |
| 08/25/2021 | The following court event has been scheduled: 09/22/2021 09:00 AM Motion Hearing. The event will be held via video conference and the conference information is Mtg ID: 161 175 3712 Pwd:524888 Tel# 646-828-7666. | | |
| 08/25/2021 | return of service on motion for judgment | 10 | |
| 09/22/2021 | Correspondence received from Katherine Flanders | 11 | Image |
| 09/22/2021 | Event Resulted:  Motion Hearing scheduled on:<br>              09/22/2021 09:00 AM | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Has been: Allowed<br>Hon. Joseph Michaud, Presiding | | |
| 09/22/2021 | plaintiff only, per Michaud, J; motion allowed (see endorsed motion) | | |
| 09/29/2021 | Affidavit of plaintiff | 12 | Image |
| 10/26/2021 | Plaintiff Discovery Requests | 13 | Image |
| 10/26/2021 | Plaintiff Discovery Requests | 14 | Image |
| 11/04/2021 | Event Resulted:  Pretrial Conference scheduled on:<br>           11/10/2021 11:00 AM<br>Has been: Continued       For the following reason: Court Action<br>Honorable Anne Kenney Chaplin, Presiding | | |
| 11/04/2021 | Clerk's office to schedule Pretrial conference with memos law for 11/30/21@2:00pm on license #5 with notices to each side | | |
| 11/04/2021 | Scheduled<br>Event: Pretrial Conference<br>Date: 11/30/2021  Time: 02:00 PM<br>Result: Held | | |
| 11/04/2021 | The following court event has been scheduled: 11/30/2021 02:00 PM Pretrial Conference. The event will be held via video conference and the conference information is Mtg ID: 160 459 8038 Pwd:187810 Tel# 646-828-7666. | | |
| 11/09/2021 | Scheduled<br>Event: Review<br>Date: 11/23/2021  Time: 02:00 PM<br>Result: Held | | |
| 11/09/2021 | Per (Michaud,J) clerk's office schedule matter review/Status relative previous 9/22/21 Disposition of plaintiff's motion final judgment on License # 8 with notices both sides | | |
| 11/10/2021 | The following court event has been scheduled: 11/23/2021 02:00 PM Review. The event will be held via video conference and the conference information is Mtg ID: 161 175 3712 Pwd:524888 Tel# 646-828-7666. | | |
| 11/23/2021 | Event Resulted:  Review scheduled on:<br>           11/23/2021 02:00 PM<br>Has been: Held After hearing Plaintiff only; per Michaud, Justice, case Taken Under Advisement, tracking orders remain in effect<br>Hon. Joseph Michaud, Presiding | | |
| 11/24/2021 | Case Disposed | | |
| 11/24/2021 | Taken under advisement<br><br>Judge: Michaud, Hon. Joseph | | |
| 11/30/2021 | Event Resulted:  Pretrial Conference scheduled on:<br>           11/30/2021 02:00 PM<br>Has been: Held see 11/23/21 Docket entry; Review & hearing on plaintiff's motion for Final Judgment heard and argued before (Michaud,J) and  taken under advisement on said date. No further  action at this time<br>**Note; Plaintiff appeared @2;00pm through counsel Defendant was not in attendance<br><br>Hon. Joseph Michaud, Presiding | | |
| 01/18/2022 | Scheduled<br>Event: Assessment of Damages<br>Date: 02/07/2022  Time: 02:00 PM<br>Result: Denied | | |
| 01/18/2022 | The following court event has been scheduled: 02/07/2022 02:00 PM Assessment of Damages. The event will be held via video conference and the conference information is Mtg ID: 161 737 1376 Pwd:418570 Tel# 646-828-7666. | | |
| 01/31/2022 | Memorandum of Rebecca McCrensky<br>of Assessment of Damages and Supporting Documents | 15 | Image |
| 02/07/2022 | Scheduled<br>Event: Assessment of Damages<br>Date: 02/07/2022  Time: 02:00 PM<br>Result: Held | | |
| 02/07/2022 | Event Resulted:  Assessment of Damages scheduled on:<br>           02/07/2022 02:00 PM | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Has been: Held; After hearing; Plaintiff only for assessment of damaged; taken under advisement<br>Hon. Joseph Michaud, Presiding | | |
| 02/07/2022 | Taken under advisement | | |
| 03/25/2022 | Findings and Order<br>Judgement issued assessing damages , costs & Atty fees<br>(Michaud; J.)<br>Note: Appeal period exp: 4/25/22 | | Image |
| 03/25/2022 | Judgment issued: Final Judgment   Finding   Presiding: Hon. Joseph Michaud<br><br>  Judgment For: Rebecca McCrensky<br><br>  Judgment Against: Katherine Flanders<br><br>Terms of Judgment:  Interest Begins: 11/10/2020 Jdgmnt Date: 03/25/2022  Interest Rate: .12 Daily<br>Interest Rate: .000329<br>Damages: Damage Amt: 41586.02 Filing Fees: 140.00 Crt Ord Atty Fee:  6770.00<br>  Judgment Total: 55,336.92 | | |
| 04/26/2022 | Execution Issued<br>Execution on Money Judgment<br>Judgment Debtor: Flanders, Katherine<br>Judgment Creditor: McCrensky, Rebecca<br>Terms of Execution:<br>EXON Issuance Date:  04/26/2022<br>Judgment Total:  55,336.92<br>Post Judgment Int. Rate:  .12  Post Judgment Int. Total:  582.59<br>Execution Subtotal:  55,919.51<br>Execution Total:  55,919.51 | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Disposed | 11/24/2021 |