# EXHIBIT C

# COMMONWEALTH OF MASSACHUSETTS
## TRIAL COURT

**Barnstable, ss**                                      **Housing Court Dept., Southeast Divsn.**
                                                        **Docket 20H83CV00275CI**

---

**Rebecca McCrensky,**
      **Plaintiff**                                            **Answer**
**v.**                                                              **and**
                                                            **Counterclaim**

**Katherine Flanders,**
      **Defendant.**

---

1.   Defendant cannot Admit or Deny for lack of information or knowledge.
2.   Denied that Katherine Flanders Borden is the owner of the stated property; Denied that she resides at the stated address.
3.   Admitted.
4.   Denied as to ownership and legal relationship; Admitted as to the period.
5.   Admitted as to the document, which speaks for itself; Denied as to its legal status and effect.
6.   Admitted as to the document, which speaks for itself; Denied as to the legal status and effect of the term.
7.   Admitted.
8.   Admitted.
9.   Denied.
10.  Admitted.
11.  Admitted.
12.  Admitted.
13.  Denied.
14.  Denied.
15.  Denied.
16.  Denied.
17.  Denied.
18.  Denied.
19.  Denied.
20.  Denied.
21.  Defendant cannot Admit or Deny for lack of information or knowledge.
22.  Defendant cannot Admit or Deny for lack of information or knowledge.
23.  Defendant cannot Admit or Deny for lack of information or knowledge.
24.  Denied.
25.  Defendant cannot Admit or Deny for lack of information or knowledge.
26.  Defendant cannot Admit or Deny for lack of information or knowledge.
27.  Admitted.
28.  Denied.
29.  Defendant cannot Admit or Deny for lack of information or knowledge.
30.  Denied.
31.  Defendant cannot Admit or Deny for lack of information or knowledge.
32.  Admitted.

33.   Denied.
34.   Defendant cannot Admit or Deny for lack of information or knowledge.
35.   Denied.
36.   Defendant cannot Admit or Deny for lack of information or knowledge.
37.   Defendant cannot Admit or Deny for lack of information or knowledge.
38.   Denied.
39.   Denied.
40.   Denied.
41.   Denied.
42.   Denied.
43.   Denied.
44.   Denied.
45.   Defendant cannot Admit or Deny for lack of information or knowledge.
46.   Defendant cannot Admit or Deny for lack of information or knowledge.
47.   Denied.
48.   Admitted.
49.   Denied.
50.   Admitted.
51.   Defendant cannot Admit or Deny for lack of information or knowledge.
52.   Denied.
53.   Denied.
54.   Denied.
55.   Defendant cannot Admit or Deny for lack of information or knowledge.
56.   Denied.
57.   Denied.

**Count I**
58.   No response required.
59.   Denied.
60.   Denied.
61.   Denied.

**Count II**
62.   No response required.
63.   Denied.
64.   Denied.

**Count III**
65.   No response required.
66.   Denied.
67.   Denied.
68.   Denied.

**Count IV**
69.   No response required.
70.   Denied.
71.   Denied.

**Count V**
72.   No response required.
73.   Denied.
74.   Denied.



**Count VI**
75.     No response required.
76.     Denied.
77.     Denied.
78.     Denied.
**Count VII**
79.     No response required.
80.     Denied.
81.     Denied.
82.     D as to all allegations.
83.     Denied.
84.     Denied.
85.     Denied.
86.     Denied.
87.     Denied.

**Defendant's Counterclaim**
1.      Plaintiff caused damage to the premises, in an amount exceeding any damages that may be
        due the Plaintiff.
2.      In prayer for relief, Defendant seeks a judgment or setoff against Plaintiff, in an amount to
        be determined.

Respectfully submitted for Defendant,
by her attorney,

dated: ___February 17, 2021        /s/ Scott Adams

Scott Adams (BBO# 639166)
153 Water St., Randolph ME 04346
phone: (617) 694-1332    email: sctadms00@gmail.com

Certification: I hereby certify a true copy of this document was served upon the attorney(s) of record for the other party(s)
by mail and email on February 17, 2021.

/s/ Scott Adams _____ February 17, 2021

Page 3 of 3

SOUTHEASTERN
HOUSING COURT

2021 MAR 10  AM 10: 26



153 Water St.

Randolph, ME 04346

18 FEB 2021 PM 5 L

Clerk - Housing Court Dept.

Southeast Hsg Court - Barnstable

3195 Main St., 4th Session

Barnstable, MA 02630

Return to Sender not here

NIXIE    015   5E 1        7202/27/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 04346510153    *2321-07440-18-41

154
1,5