# **EXHIBIT J**

# JOSEPH ABRUZZO
## CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER:** 50-2023-CA-015793-XXXA-MB
**CASE STYLE:** FORBES, KATHERINE V CHASE BANK
**ACCESS LEVEL:** D

| Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events |

View documents and order certified copies*. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

*The Social Security office does not accept electronic certified documents. Any certified copy needed for a name change or benefits with the Social Security office will need to be obtained by mail or in person from one of our office locations.

**Document Icons**

- Document available. Click icon to view.
- Add a certified copy of the document to your shopping cart.
- Document is Viewable on Request (VOR). Click to request.
- VOR document is being reviewed. Click to be notified when available.

Public =     VOR =     In Process =     Page Size: 25

| | | DIN | Effective Date | Description | Notes |
|---|---|---|---|---|---|
| | | 2 | 11/14/2023 | CIVIL COVER SHEET | |
| | | 3 | 11/16/2023 | EMERGENCY MOTION | FOR TEMPORARY RESTRAINING ORDER TO RELEASE MY CHASE BANK ACOUNT OF IMPROPER HOLD/ATTEMPTED FRAUDULENT SEIZURE IN VIOLATION OF THE UNITED STATES CONSITUTION IN VIOLATION OF FLORIDA STATE LAWS FEDERAL LAWS AND LACK OF PROPER DOMESTICATION OF JUDGMENT WHICH WAS OBTAINED BY FRAUD AND PERJURY F/B PLT ***SENT UP 11/17/2023** |
| | | 4 | 11/16/2023 | NOTICE OF FILING | EMERGENCY NOTICE OF ATTEMPTED FRAUD F/B PLT |
| | | 1 | 11/17/2023 | DIVISION ASSIGNMENT | AO: Circuit Civil Central - AO (Civil) |
| | | 5 | 11/17/2023 | PAID $401.00 ON RECEIPT 5116166 | $401.00 5116166 Fully Paid |
| | | 6 | 11/17/2023 | DCM DESIGNATION TO THE STREAMLINE TRACK WITH NON-JURY TRIAL ORDER | JAMES NUTT 11/17/2023 |
| | | 7 | 11/20/2023 | ORDER DENYING J. NUTT DTD 11/20/23 PLT'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER: DENIED AS EMERGENCY. PARTIES ARE TO PROCEED IN THE ORDINARY COURSE. ***PLEASE SEE ORDER*** | J. NUTT DTD 11/20/23 PLT'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER: DENIED AS EMERGENCY. PARTIES ARE TO PROCEED IN THE ORDINARY COURSE. ***PLEASE SEE ORDER*** |

517-dfbfd1c8-ce73-414a-bfcb-6cd5ef5d1444

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

<u>Katherine Forbes</u>
 Plaintiff                                                                                                  Case # _____
                                                                                                             Judge  _____

vs.

<u>Chase Bank, Rebecca McCrensky</u>
 Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.   REMEDIES SOUGHT** (check all that apply):
☐ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.   NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  1

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
☐ yes
☒ no

**IX.   DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Katherine Forbes          Fla. Bar #
      Attorney or party                              (Bar # if attorney)

Katherine Forbes              11/16/2023
(type or print name)            Date

*NOT A CERTIFIED COPY*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA.

Katherine Forbes

Pro Se Individual                                         Case#_____

Plaintiff

v.

Chase Bank

Rebecca McCremsky

Improper unlawful bank hold by Massachusetts resident Rebecca McCrensky

Defendant

**EMERGENCY MOTION for Temporary Restraining Order to release my Chase Bank Account of improper hold/attempted fraudulent seizure in Violation of the United States Constitution, in Violation of Florida State laws, Federal laws, and LACK OF PROPER DOMESTICATION OF JUDGMENT which was obtained by fraud and perjury.**

Dear Honorable Judge,

I, Katherine Forbes, a pro se individual without legal help or legal assistance, submit this Emergency Motion to this honorable court seeking a temporary restraining order to release an unlawful/ fraudulent attempted seizure of my bank account that is in violation of all of the federal and state statutes listed below. This unjust legal hold on my bank account did not follow proper Federal or state laws regarding the lawful domesticating of judgments and involved both fraud and perjury by Rebecca McCrensky

a dishonest woman in Massachusetts who **fraudulently obtained my social security number and is trying to steal money from me circumventing all laws that regulate (lawful) bank attachments of Florida residents.**

**1)** This Chase bank hold/attempted seizure of my bank account by Rebecca McCrensky was improperly executed in violation of Florida and Federal laws. I, Ms. Katherine Forbes who owns this bank account am a resident of Palm Beach County Florida. Proper collection from a Florida resident must proceed under the **Florida Enforcement of The Unified Foreign Judgment Act (Florida Statute 55.501)** supervised by a Court of competent jurisdiction in Palm Beach County Florida where Ms Forbes is a resident. Jurisdiction and venue of a Court in Lowell Massachusetts violates federal and Florida laws and is not lawful, both Chase and McCrensky need to follow ALL applicable laws as this violates my civil rights under the Constitution. The chase bank hold order reference COAL-06JAN23-1776 was improperly executed by attempted fraud by Ms McCrensky with a different name not the name of my bank account or and not matching my passport. McCrensky, the woman trying to steal this money, fraudulently obtained my social security number and committed blatant perjury in Massachusetts to obtain a default judgment in a small court there. Her next step should then have been to follow the appropriate state and federal laws governing out of state judgments since I am a Florida resident however she chose to ignore all of these laws. This $60,000 bank hold is being illegally held in violation of Florida statute 48.031 and in violation of the laws of garnishment (Florida Statute 77.041 in accordance with Local Rule 7069-1(D).

**2)** I, Katherine Forbes, have been a resident of Palm Beach County, Florida since 2017 and my ancestors have a history in Florida going back to the 1700's where my ancestor was appointed minister of St Augustine and my family sold over 1 million acres of land in Florida. I now have serious health issues that are worsening greatly due to my money being frozen by this improperly done bank hold that violates both our United States Constitution and violates all of the Florida laws listed above and below. This improperly executed freezing of my bank in clear violation of Florida laws is blocking me from paying with my own money for urgently needed medical care, food, basic housing/basic survival costs since it has been frozen illegally/improperly by Ms McCrensky's order to Chase Bank in Massachusetts yet I am not a resident of Massachusetts. I have not been able to obtain needed medical care and this has seriously harmed my health due to the unlawful actions of Rebecca McChrensky. I have not been able to buy food and my electricity was turned off. I no longer have health insurance since this fraudulent woman unlawfully stole my bank account without following state or Federal laws.. I am dealing with multiple health issues now due to this situation- thankfully a friend came to check on me and helped me get food and water and helped me get this emergency motion printed.

**3)** I simply and respectfully ask that Chase Bank follow proper laws and statutes in Florida since I am a Florida resident. I respectfully ask this court for an emergency order

releasing the attempted seizure of my money by this fraudulent, illegal hold on my money so that I may pay for my needed food, housing and medical care. This bank hold/attempted seizure of my bank account from a woman in Massachusetts is in clear violation of Fla Stat 48.021 and Fla Stat 48.195. Fla Stat 48.021. Furthermore, Rebecca McCrensky did not properly domesticate her fraudulent judgment in the State of Florida. Instead McCrensky is trying to use a small court in Lowell to seize assets in the State of Florida from a Florida resident. Ms Katherine Forbes is not connected at all to the town of Lowell or the state of Massachusetts. Ms Forbes has no connection to Lowell so therefore the court has no jurisdiction to permit a writ of execution of a Florida resident whose assets are maintained in the state of Florida subject to Florida laws and the disposition of those assets are subject to Florida law. My chase bank account that has been improperly seized in violation of state and federal laws is correctly titled in Ms Forbes name and not in the name of the default judgment McCrensky used perjury to obtain. Ms Forbes did NOT open this bank account in Massachusetts, this asset has nothing to do with Massachusetts and it is a violation of the laws listed above and below to attempt to seize this bank account from a non properly domesticated default judgment.

**4)** Rebecca McCrensky along with Chase bank (which is a registered entity here in Florida) both need to kindly follow the proper federal laws and the laws of the state of Florida to try to steal assets from a Florida resident. The legal hold order name sent to Chase by McCrensky does NOT match my passport (as used in notary below) and does NOT match my bank account and is not following proper Florida legal statutes that govern bank seizures of Florida residents. McCrensky has also failed to properly domesticate her fraudulently obtained judgment in the state of Florida as required by Florida law statute 55 as well as required by The Unified Enforcement of Foreign Judgements Act. Rebecca McCrensky violated The Unified Enforcement of Foreign Judgements Act along with her violation of proper Florida laws (Florida Statute 55.501).

**5)** This current improper hold on my bank account violates Florida statutes (see above and below) and is not only harming my own health (not being able to buy food or water or pay my housing or get urgently needed medical care) but it is causing harm to the orphaned children I support. These orphans are in dire need of basic food, water and medicine and they are at risk of death since my bank account has been improperly held. Rebecca McCrensky has committed fraud making dishonest, false fraudulent claims to try to steal money from me. This attempted theft of my bank account trying to bypass Florida laws and constitutional law demonstrates that she has no regard for the law and clearly violates Florida statute 48.021 as well as Florida statutes governing garnishment. Rebecca McCrensky's judgment in Massachusetts was obtained via dishonest, frivolous, malicious prosecution.

**6)** Rebecca McCrensky purposefully evaded Florida laws knowing full well that I am a resident of Florida. Rebecca's improper and illegal actions has seriously harmed my

health and created an emergency of health for me since this bank account was seized illegally in violation of Florida statutes 55.501 and in violation of the Florida laws of garnishment (Florida garnishment statute 77.041 in accordance with Local rule 7069-1(D).

**7)** Additionally, Florida law also demands that an out-of-state judgment be properly domesticated to Florida before the garnishment or seizing of a bank account. This unlawful bank hold has violated my basic constitutional rights as a citizen of the United States of America by unlawfully seizing/holding my bank account without due process of law. Every court Judge in the United States takes an oath to follow the United States Constitution and laws created thereby. It is not lawful that a deceitful, dishonest woman in Massachusetts to have seized my bank account using my social security number without due process of law. I pray to this honorable Judge for an order protecting my bank account from this unlawful attempted theft by Rebecca McCrensky so that I can use my own money to pay for basic survival items-electricity, food, water and urgently needed medical care.

**8)** Bank of America **was recently fined by our government for not following proper state laws as Chase is also doing to me.** *"The Consumer Financial Protection Bureau (CFPB) finalized an enforcement action against Bank of America for processing illegal, out-of-state garnishment orders against its customers' bank accounts. Bank of America unlawfully froze customer accounts, charged garnishment fees, garnished funds, and sent payments to creditors based on out-of-state garnishment court orders that should have been processed under the laws and protections of the states where the consumers lived. Failing to adhere to consumer protections governing customers' bank accounts: Bank of America acted on garnishment orders without disclosing that the accounts were located out-of-state and protected from the issuing courts' garnishment orders. Bank of America applied the consumer protections and exemption rights of the state that issued the garnishment order and not those of the state where the individual lived. As a result, it improperly held, froze, and eventually turned over its customers' funds to judgment creditors"* Source: CFPB Orders Bank of America to Pay $10 Million Penalty for Illegal Garnishments | Consumer Financial Protection Bureau (consumerfinance.gov)

**9)** Rebecca McCrensky used perjury to get a default judgment in another state and she fraudulently obtained my social security number to try to steal my bank account. She did not follow the proper federal and state laws and this violates my basic civil rights. This dishonest woman has unlawfully taken my money without following clearly outlined state and federal laws and with no due process which clearly violates the constitution of the United States of America. This denies my basic civil rights to my own property and it **prevents me from being able to hire an attorney to defend myself and my property** from this fraudulent default judgment based on perjury. My bank account was improperly seized **WITHOUT DUE PROCESS OF LAW and in**

clear violation of FLorida and Federal laws and in clear violation of The Constitution of The United States of America.

**10)** It is NOT LAWFUL in The United States of America to SEIZE AN INDIVIDUAL'S BANK ACCOUNT BY BYPASSING FEDERAL AND STATE LAWS AND WITHOUT DUE PROCESS OF LAW. My health is now in a very serious state since this dishonest woman purposefully circumvented all state and federal laws trying to steal all of the hard-earned money in my bank account even after admitting the lack of proper service along with the lack of following Federal laws governing bank garnishments. This unlawful and unconstitutional hold on my bank account is jeopardizing my health, my basic civil rights and is preventing me from being able to hire an attorney to hold this dishonest woman accountable for her perjury and attempted theft of my bank account.

11) **Due Process of justice** is a requirement that legal matters be resolved according to established rules and principles and individuals must be treated fairly. It is not fair to have my bank account seized by another individual from another state without due process of law. I am respectfully requesting that Rebecca McCrensky follow federal, state and constitutional laws. Sadly McCrensky has no regard of laws or ethics or honesty in her malicious, frivolous lawsuit obtained by perjury in her malicious attempt to steal over $60,000 of my hard-earned money. This unlawful hold on my bank account clearly VIOLATES my basic human civil rights to my property under **The United States Constitution Fifth Amendment which provides that no person shall be deprived of their property without DUE PROCESS OF LAW**. It is also violating Article 17 of The United Nations **Universal Declaration of Human Rights.**

**12)** In conclusion, Rebecca McCrensky's order to hold/seize my Chase bank account violates state, Federal and Constitutional law. I, Katherine Forbes, a pro se individual without legal assistance in this motion confirm all of the above statements under penalties of perjury to be honest and correct. I am simply asking for my basic civil rights to be upheld and for Chase bank to follow all applicable Florida laws since I am a resident of Florida. **The hold on my bank account was improperly executed violating federal, state and Constitutional laws. I respectfully ask this honorable court for a temporary restraining order to release the unlawful seizure of my Chase bank by Miss McCremsky** so that I may use my money for my survival and urgently needed medical care and so that I may also hire a lawyer to hold this woman accountable for violating state and federal laws. Before an individual can steal another individual's property in this country due process of law is necessary according to the Fifth Amendment of the Constitution of The United States of America. I am submitting this emergency motion for a temporary restraining order to release my bank account from this unlawful hold as there is an **immediate, serious danger** to my health and grave financial harm being done to me by this woman and my basic civil rights to my own property have been violated without due process of law.

I Ms.Katherine Forbes, thank this honorable Judge very much for your time and attention to this emergency matter.

Respectfully submitted to this honorable court,

Katherine Forbes  _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Chase Bank Legal Hold Dept by fax

Notary                                    _Leah P Williams_____

*[Notary seal: LEAH P. WILLIAMS, MY COMMISSION # HH386997, EXPIRES: April 16, 2027, NOTARY PUBLIC STATE OF FLORIDA]*

6