# IN THE UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MASSACHUSETTS

**JPMORGAN CHASE BANK, N.A**.

    Interpleader Plaintiff,

v.                                              Case No. 1:23-cv-13213-AK

**REBECCA MCCRENSKY**, and
**KATHERINE FORBES a/k/a**
**KATHERINE FLANDERS**,

    Defendants.

_____

## ORDER OF NOTICE

This matter having come before the Court on the above-captioned Plaintiffs' Motion for Alternative Service of Process, and having reviewed the motion and supporting materials, the Court hereby **ORDERS** and **ADJUDGES** that Plaintiffs may affect service of process on defendant **Katherine Forbes a/k/a Katherine Flanders** by publishing the following notice in a newspaper with general circulation in Palm Beach County, Florida:

To **Katherine Forbes a/k/a Katherine Flanders**, a lawsuit has been filed against you in the matter of JPMorgan Chase Bank, N.A. v. Rebecca McCrensky et al., as pending in United States District Court for the District of Massachusetts, Case No. 1:23-cv-13213-AK. Within 21 days after service of this summons on you (not counting the day you received it) ——— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ——— you must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Anne V. Dunne, Esq., Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, MA 02110.**
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        SO ORDERED,

                                        /s/ Angel Kelley
                                        Hon. Angel Kelley

Dated: April 24, 2024                        United States District Judge